■ In the Matter of ROBERT HARRISON, Petitioner, v JOHN R. O'KEEFE, as Superintendent of the Gouverneur Correctional Facility, et al., Respondents. [656 NYS2d 971] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondents which found petitioner guilty of violating a prison disciplinary rule.

The Attorney-General has advised this Court by letter that respondents are not submitting a brief and requests that this proceeding be dismissed as moot, inasmuch as the determination under review has been administratively reversed and expungement has been directed. Because petitioner has received all the relief that he is entitled to, the matter is moot and the petition is dismissed (*see*, *Matter of Martin v Henderson*, 159 AD2d 867).

Cardona, P. J., Mercure, Crew III, Casey and Spain, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.